UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 18-67** |
| v. | * | SECTION: "I" |
| **DANIEL JUSTIN MAHAN** | * | |

\* \* \*

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully moves this Court for leave to dismiss the Indictment against defendant, Daniel Justin Mahan, without prejudice.

In addition to the above-captioned proceedings, the defendant is presently pending trial in this district under Criminal Docket Number 18-111 "S" for violations of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2253, receipt of materials involving the exploitation of minors. The government filed a superseding bill of information under case number 18-111 to include the firearms violations. Defendant has agreed to plead guilty to all charges and a rearraignment is scheduled on August 30, 2018 before the Honorable Mary Ann Vial Lemmon.

**WHEREFORE**, the government respectfully moves to dismiss without prejudice the Indictment pending against defendant Mahan.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*s/Tracey N. Knight*
TRACEY N. KNIGHT
Assistant United States Attorney
Louisiana Bar Roll No. 23165
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone:  (504) 680-3080
Tracey.Knight@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2018, I electronically filed the foregoing with the Clerk of Court and provided a copy of same by hand delivery to counsel for defendant.

                                              *s/Tracey N. Knight*
                                              Assistant United States Attorney